**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND VELASQUEZ, | ) NO. SACV 12-1103-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing "Motion" And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed.

DATED: July 13, 2012.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE